```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

LESLIE MEILLEUR,

                                            Plaintiff,

                  -against-

DOUGLAS STRONG DETECTIVE,

                                           Defendant.

------------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 4902 (PGG)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.      The above-referenced action is hereby dismissed with prejudice; and

[The rest of this page was intentionally left blank.]

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Leslie Maria Meilleur  
*Plaintiff* Pro Se  
421 West 162nd Street, Apt. J  
New York, NY 10032

By: *Leslie Maria Meilleur*  
Leslie Maria Meilleur  
*Plaintiff Pro Se*

Dated: New York, New York  
Sept. 26, 2013

Dated: New York, New York  
October 10, 2013

MICHAEL A. CARDOZO  
Corporation Counsel of the  
  City of New York  
*Attorney for Defendant Strong*  
100 Church Street, Rm. 3-135  
New York, New York 10007

By: _____  
Alison Moe  
*Assistant Corporation Counsel*

Dated: New York, New York  
9|26, 2013

SO ORDERED:

_____  
HON. PAUL G. GARDEPHE  
UNITED STATES DISTRICT JUDGE

2